STATE ex rel. BEN KALMES v. D. E. VANCE.[1]

December 29, 1905.

Nos. 14,576—(205).

Appeal by the state from an order of the district court for Winona county, Snow, J., denying the application of the county treasurer for a peremptory writ of mandamus commanding D. E. Vance, as judge of probate of that county, to cause an appraisal of certain bequests in the estate of Verrazano Simpson, deceased, for the purpose of determining the amount of the inheritance tax imposed thereon by the statute. Reversed and remanded for further proceedings.

*Edward T. Young*, Attorney General, for appellant.

*Brown, Abbott & Somsen*, for respondent.

PER CURIAM.

This case is controlled by the decision in State v. Bazille, supra, page 11, the same questions being involved in each; and the order appealed from is reversed, and the cause remanded to the court below for further proceedings.